FILED

06/20/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0207

IN THE SUPREME COURT OF THE STATE OF MONTANA
No. 22-0207

HELEN WEEMS AND JANE DOE,

PLAINTIFFS AND APPELLEES,

V.

STATE OF MONTANA, BY AND THROUGH AUSTIN KNUDSEN, IN HIS OFFICIAL
CAPACITY AS ATTORNEY GENERAL; AND TRAVIS R. AHNER, IN HIS OFFICIAL
CAPACITY AS COUNTY ATTORNEY FOR FLATHEAD COUNTY,

DEFENDANTS AND APPELLANTS.

On Appeal from the First Judicial District Court,
Lewis and Clark County, Cause No. ADV-2018-73
The Hon. Mike Menahan, Presiding

## ORDER GRANTING EXTENSION OF TIME

Upon consideration of Appellants' motion for a 30-day extension of time, and good cause appearing therefor, Appellants are granted an extension of time to and including August 5, 2022, within which to prepare, serve, and file their opening brief.

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 20 2022